IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 10-0232
 ((((((((((((((((

 Basith Ghazali, M.D., Petitioner

 v.

 Patricia Brown, Respondent

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The joint motion for dismissal by agreement, filed on September
9, 2011, is granted in part, and this cause is ABATED to allow the parties
to proceed with finalizing their settlement.
 2. This cause is removed from the Court's active docket until
October 12, 2011, by which time the parties must file either a status
report or a motion to dismiss. The parties shall immediately notify this
Court about any changes in the status of the case.

 Done at the City of Austin, this 12th day of September, 2011.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk